IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Henry L. Mack (B-53412), | ) | |
|     Plaintiff, | ) | Case No: 3:16 CV 50036 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Nedra Chandler, et al. | ) | |
|     Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

      Status hearing held on 5/19/2017. Defense counsel is given time to look into service on defendants Becky Williams and Winston. Plaintiff orally moves to voluntarily dismiss individual defendant Nedra Chandler. Accordingly, it is this Court's Report and Recommendation to the District Court Judge that the plaintiff's oral motion be granted. Any objection must be filed by 6/2/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:08)
Date: May 19, 2017                                            /s/ Iain D. Johnston
                                                                                       U.S. Magistrate Judge