IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| Henry L. Mack, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Case No. 16 C 50036 |
| vs. | ) | |
| Nedra Chandler, et al., | ) | Judge Philip G. Reinhard |
| Defendant. | ) | |

## **ORDER**

On May 19, 2017, Magistrate Judge Johnston entered a report and recommendation [26] that plaintiff's oral motion to voluntarily dismiss individual defendant Nedra Chandler made on May 19, 2017 be granted. No objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's oral motion to voluntarily dismiss is granted. Individual defendant Nedra Chandler is dismissed.

Date: 6/05/2017                    ENTER:

                                   _____
                                   United States District Court Judge

                                            Notices mailed by Judicial Staff. (LC)